# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

In re:     DANIEL J. WISE                      ) Case No. 17-11044-jps
                                                                 ) Chapter 13 Proceedings
               Debtor                              ) Judge Jessica E. Price Smith

## TRUSTEE'S NOTICE OF FINAL CURE PAYMENT

       LAUREN A. HELBLING, Chapter 13 Bankruptcy Trustee files notice that the claim described below has been paid in full.

---

Claim Information

Creditor: US BANK TRUST NATIONAL ASSOCIATION

Proof of Claim number on Bankruptcy Court's Claims Register: 10

Last 4 digits of number used to identify Debtor's account:     4539

Trustee Payment Information
 Prepetition Mortgage Arrearage

       Amount stated on Proof of Claim:     $16,720.01
           __X__ Includes the first payment due as conduit through the Plan
           _____ Does not include the first payment due as conduit through the Plan

       Amount paid by Trustee:            $16,720.01

 Ongoing Mortgage Payments

    _X_ Paid by Trustee through the Chapter 13 Plan

         i.    Total paid to date by the Trustee:    $70,477.61

         ii.    First payment(s) made July 31, 2017 for the payment due March 1, 2017 through May 1, 2017.

         iii.   A mortgage payment was mailed by the Trustee on March 9, 2023, in the amount of $1,185.90 for the payment due February 1, 2023.

         iv.   A closing letter will be sent to all parties indicating when the debtor(s) should begin making their mortgage payments directly to the mortgage company.

    ___ Paid direct by the Debtor

 Postpetition Fees, Expenses

             Amount stated on Form 410S2     $_____

             Amount paid by Trustee     $_____

---

       Pursuant to Federal Bankruptcy Rule 3002.1(g), within 21 days of the service of this Notice, the creditor shall file and serve on the Debtor, Debtor's counsel and Trustee a statement (1) indicating whether it

agrees that the Debtor has paid in full the amount required to cure the default on the claim, and (2) whether the Debtor is otherwise current on all payments consistent with Section 1322(b)(5) of the Bankruptcy Code. The statement shall itemize the required cure and/or post-petition amounts, if any, that the creditor contends remain unpaid as of the date of the statement.

/S/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268   Fax (216) 621-4806
Ch13trustee@ch13cleve.com

**CERTIFICATE OF SERVICE**

I certify that on March 22, 2023, a true and correct copy of this Trustee's Notice of Final Cure Payment was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

ALAN I. SILVER, Esq., on behalf of DANIEL J. WISE, Debtor, at silverassoc@ameritech.net

MOLLY SLUTSKY SIMONS, Esq., on behalf of US BANK TRUST NA, Creditor, bankruptcy@sottileandbarile.com

And by regular U.S. mail, postage prepaid, on:

DANIEL J. WISE, Debtor(s), at 3321 JEANNE DR, PARMA, OH 44134

US BANK TRUST NATIONAL ASSOCIATION c/o SN SERVICING CORP, at 323 5TH ST, EUREKA , CA 95501

/S/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268   Fax (216) 621-4806
Ch13trustee@ch13cleve.com